IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 13-32 |
| Plaintiff, | ) ) | **INDICTMENT** |
| vs. | ) ) | COUNTS 1 - 6: Failure to Pay Over Withheld Taxes |
| ERIC MARTIN HOLUB, | ) ) | 26 U.S.C. § 7202 |
| Defendant. | ) ) | |

PRESENTED IN OPEN COURT
BY THE
FOREMAN OF THE GRAND JURY
And filed 5/23/2013
ROBERT L. PHELPS, CLERK

The Grand Jury Charges:

## COUNTS 1 - 6

1. Between about January 1, 2008, and about January 31, 2010, in the Northern District of Iowa, defendant ERIC MARTIN HOLUB, was a shareholder, director, president, and treasurer of a corporation, Professional Protective Services, doing business as "Premier Security."

2. Between about January 1, 2008, and about December 31, 2009, defendant deducted and collected federal income taxes and Federal Insurance Contributions Act ("FICA") taxes, collectively known as "trust fund taxes," from the taxable wages of his Premier Security employees.

3. That beginning on or about the dates the trust fund taxes were due to be paid over to the Internal Revenue Service, hereinafter set forth, in the Northern District of Iowa, defendant did willfully fail to pay over to the Internal Revenue Service the trust fund taxes withheld and due and owing to the United States of America for the quarters hereinafter specified.

| Count | Quarter Ending | Date Form 941 Due to IRS | Trust Fund Taxes Unpaid as of Form 941 Due Date |
|---|---|---|---|
| 1 | March 31, 2008 | April 30, 2008 | $18,341.36 |
| 2 | June 30, 2008 | July 31, 2008 | $24,360.74 |
| 3 | September 30, 2008 | October 31, 2008 | $60,479.87 |
| 4 | June 30, 2009 | July 31, 2009 | $17,666.77 |
| 5 | September 30, 2009 | November 2, 2009 | $18,238.08 |
| 6 | December 31, 2009 | February 1, 2010 | $22,297.09 |

This was in violation of Title 26, United States Code, Section 7202.

A TRUE BILL

/s/Foreperson        5-23-13
Foreperson            Date

SEAN R. BERRY
United States Attorney

By: [signature]
ANTHONY MORFITT
Assistant United States Attorney

2