# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA

**CEDAR RAPIDS DIVISION**

| UNITED STATES OF AMERICA | **HEARING MINUTES** Sealed: No |
|---|---|
| Plaintiff(s) | Case No.: 13-CR-32-LRR |
| vs. | Presiding Judge: Chief Judge Linda R. Reade |
| ERIC MARTIN HOLUB | Deputy Clerk: Noah Goerlitz |
| Defendant(s) | Court Reporter: Patrice Murray   Contract? No |
| | (If yes, send copy to financial) |
| | Recording: Yes   Method: FTR Gold |

| Date: | 10/22/2013 | Start: | 1:28 PM | Adjourn: | 2:09 PM | Courtroom: | 1 |
|---|---|---|---|---|---|---|---|
| Recesses: | | | | Time in Chambers: | -- | Telephonic? | No |
| Appearances: | Plaintiff(s): | AUSA Anthony Morfitt | | | | | |
| | Defendant(s): | Jill Johnston; Defendant appears personally. | | | | | |
| | U.S. Probation: | Jill Bushaw | | | | | |
| | Interpreter: | -- | | Language: | - | Certified: - Phone - | |

**TYPE OF PROCEEDING:** IS THE HEARING   Contested? No   Continued from a previous date? No

**SENTENCING:**

| Objections to PSIR: | None | Ruling: | -- |
|---|---|---|---|
| Motions to vary/depart: | Defense motion downward | Ruling: | Denied. |
| Count(s) dismissed: | Counts 1, 2, 3, 5, and 6 dismissed. | | |
| Sentence (See J & C): | 30 months imprisonment. | | |
| Fine: | -- | Special assessment: | $100 (paid 7/12/2013) |
| Supervised Release: | 3 years | | |
| Court's recommendations (if any): | | | |
| Defendant is | Released | and shall report | to N.D. Iowa marshals on 11/12/2013 10:00 AM |
| **Witness/Exhibit List is** | NA | | |

The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing. Pub. Admin. Order 09-AO-03-P (05/29/09), ¶ 7.

| **Miscellaneous:** | Acceptance of responsibility granted. Restitution of $438,426.17 with $1,210 credit given. Defendant released. |
|---|---|

Page 1 of 1

Case 1:13-cr-00032-LRR   Document 29   Filed 10/22/13   Page 1 of 1